UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL HOWARD FOX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-2379 WBS CKD P<br><br><br>FINDINGS & RECOMMENDATIONS |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this action brought pursuant to 42 U.S.C. § 1983. By order filed January 23, 2014, plaintiff's complaint was dismissed for failure to state a claim. Plaintiff was granted leave to file an amended complaint, which is now before the court.

　　　　The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).

　　　　Having reviewed the amended complaint, the undersigned concludes that it fails to cure the deficiencies of the original complaint as discussed in the screening order of January 23, 2014. As it appears that another opportunity to amend the complaint would be futile, the court will

1

1  recommend that the amended complaint be dismissed and this case closed.

2  In accordance with the above, IT IS HEREBY RECOMMENDED that:

3  1. The first amended complaint (ECF No. 10) be dismissed; and

4  2. This case closed.

5  These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  February 21, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/fox2379.fac_fr

2